# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARYBORZ KOHANTEB,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 8:20-cv-00335-JLS-JDE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Equifax Information Services, LLC, and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Equifax Information Services, LLC, with the parties to bear their own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: August 12, 2020

JOSEPHINE L. STATON
Honorable Josephine L. Staton
United States District Judge