1  Youssef H. Hammoud (SBN: 321934)
2  Lauren Tegan Rodkey (SBN: 275830)
   **PRICE LAW GROUP, APC**
3  6345 Balboa Blvd., Suite 247
4  Encino, CA 91316
   T: (818) 600-5596
5  F: (818) 600-5496
6  E: youssef@pricelawgroup.com
   E: tegan@pricelawgroup.com
7
8  Susan M. Rotkis (AZ #032866)
   (Admitted *pro hac vice*)
9  **PRICE LAW GROUP, APC**
10 382 S. Convent Ave.
   Tucson, AZ 85701
11 T: (818) 600-5533
12 F: (818) 600-5433
   E: susan@pricelawgroup.com
13 *Attorneys for Plaintiff,*
14 *Faryborz Kohanteb*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FARYBORZ KOHANTEB,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | Case No.: 8:20-cv-00335-JLS-JDE<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSWORLD SYSTEMS, INC.** |

///

///

///

-1-

NOTICE IS HEREBY GIVEN that Plaintiff Faryborz Kohanteb ("Plaintiff") and Defendant Transworld Systems, Inc., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant Transworld Systems, Inc. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED,

DATED: December 11, 2020

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Susan M. Rotkis (AZ #032866)
(Admitted *pro hac vice*)
**PRICE LAW GROUP, APC**
382 S. Convent Ave.
Tucson, AZ 85701
T: (818) 600-5533
F: (818) 600-5433
E: susan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Faryborz Kohanteb*

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**
*/s/ Lia Ruggeri*