1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FARYBORZ KOHANTEB, | Case No.: 8:20-cv-00335-JLS-JDE |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANSWORLD SYSTEMS, INC.** |
| v. | |
| TRANSWORLD SYSTEMS, INC.; and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Having considered the Parties' Stipulation of Dismissal with Prejudice of Defendant Transworld Systems, Inc., the above-entitled matter is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41, as to Defendant Transworld Systems, Inc., with the parties to bear their own attorneys' fees, costs, and expenses.

1

The other defendant in this matter, Equifax Information Services, LLC, was previously dismissed with prejudice.  Accordingly, this action is now dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: <u>January 06, 2021</u>

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE